705 A.2d 1208

IN THE MATTER OF HARRISON R. BUTLER,
AN ATTORNEY AT LAW.

February 25, 1998.

### ORDER

The Disciplinary Review Board on October 1, 1997, having filed with the Court its decision concluding that **HARRISON R. BUTLER** of **NORWOOD, PENNSYLVANIA,** who was admitted to the bar of this State in 1988, should be reprimanded for violating *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **HARRISON R. BUTLER** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.